# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ISHMAEL A. BURK,** *et al.*, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-4233** |
| | : | |
| **WELLPATH,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 16th day of January, 2024, upon consideration of Plaintiff Ishmael A. Burk's Motion to Proceed *In Forma Pauperis* (ECF No. 1), it is **ORDERED** that:

1. Burk's Motion to Proceed *In Forma Pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(g).

2. If Burk seeks to proceed with this case, he shall remit $402 (comprising the $350 filing fee and $52 administrative fee) to the Clerk of Court within thirty (30) days of the date of this Order. Any money that Burk pays toward the fees is not refundable, even if this case is dismissed.

3. In the event Burk pays the fees, the Clerk shall not issue summonses until so **ORDERED**, so that the Court may screen the Complaint pursuant to 28 U.S.C. § 1915A.

4. If Burk fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**